78,951-03

In the State of Texas

Ex Rel Charles Laymon Cox

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 17 2015

Abel Acosta, Clerk

In the Court of
Criminal Appeals
Austin, Texas
WR-78-951-03
C-213-009413-0647447-A

V

State of Texas

## Notice of Incomplete Record
## &
## Motion for Temporary Abeyence of Writ

Pursuant to Tex.R.App. Proc. Clerks Record, Rule 34.5 § (c), (1) Supplementation, If any relevent item has been Omitted from the Clerks Record, the trial court, the appellate court or any party may by letter direct the court clerk to prepare certify, and file in the appellate court a supplement containing the omitted item: and Section (d) Defects or Inaccuries, If the clerks record is defective or inaccurate, the appellate clerk must inform the trial clerk of the defect or inaccuracey and instruct the clerk to make the correction.

Therefore Relator Charles Laymon Cox, states there is an inaccuracey in the Case No. so named above C-213-009413-0647447-A transmitted from the trial court to the Court of Criminal Appeals WR-78,951-03, and brings to this Court's attention a discrepancy of the record. Whereby a RoseMary Follis requested a copy of the Entire Writ File C-213-009413-0647447-A from the District Clerk Thomas A. Wilder Criminal Records, Fort Worth, Texas, that state there are Two hundred and Fifty (250) pages. see exhibit (A), dated January 23, 2015. And upon inspection of this file there are relevent items omitted from the file.

1

Relator therefore, Pursuant to Section (d) Clerk's Record, would request that the omitted items named here below, relevent to his Writ C-213-009413-0647447-A be directed from the Honorable Clerk of the Court of Criminal Appeals to Thomas A. Wilder Tarrant County District Clerk, 401 W. Belknap, Fort Worth, Tx. 76196, to prepare and certify a true copy containing the omitted items.

Relator would further request Notification that the omitted items have been transmitted to the Court of Criminal Appeals and entered in to the record.

## Omitted Items

June 10, 2013, Amended Ground Four; Prosecutorial Misconduct and Subornation of Perjury

August 25, 2013, Amendment Ground Ten; No Evidence

April 16, 2014, Amendment Ground Eleven; Failure of Jurisdiction by Illegal Indictment

April 22, 2014; Cumulative Traverse to Affidavit of Mark S. Rosteet (trial counsel)

May 27, 2014; Order Closing Evidence In 15 Days, Ordered by Criminal Magistrate Charles P. Reynolds see exhibit (B)

June 9, 2014; Appellant's Memorandum Controverting State's Proposed Findings as per Order of Magistrate Charles P. Reynolds

June 10, 2014; Order Adopting States Proposed Findings, Ordered by Judge Louis E. Sturns see exhibit (C)

Excluding Orders from the 213th District Court, Tarrant County of Criminal Magistrate Charles P. Reynolds and Judge Louis E. Sturns on the same cause, the other items were considered served by the Inmate Mail Box Rule. All items are a relevent part of Cause No. C-213-009413-0647447-A and must be supplemented into the Record WR-78-951-03.

2